# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAPITAL TRADING CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:07CV61 |
| | ) | |
| PHILIP S. COTTONE, ROBERT A. PECK, | ) | ORDER TO |
| THOMAS D. PESCHIO, RICHARD H. | ) | |
| SCHWACHTER, ROBERT M. AMES, | ) | SHOW CAUSE |
| JERRY D. BRINGARD, GOVERNMENT | ) | |
| PROPERTIES TRUST, INC. and | ) | |
| RECORD REALTY (U.S.) L.L.C., | ) | |
| | ) | |
| Defendants. | ) | |

The records of the court show that on February 12, 2007, letters (Filings 7 and 9) were sent to the following attorneys from the Office of the Clerk directing that they register for admittance to practice in this district and register for the Case Management/Electronic Case Filing System ("CM/ECF System"):

| | |
|---|---|
| Ayesha N. Onyekwelu | Sue Lee |
| BRUALDI LAW FIRM | BRUALDI LAW FIRM |
| 29 Broadway | 29 Broadway |
| Suite 2400 | Suite 2400 |
| New York, NY 10006 | New York, NY 10006 |

To date, neither attorney has complied with the request set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before March 30, 2007, Attorneys Ayesha N. Onyekwelu and Sue Lee shall register for admission to practice in this district and register for the CM/ECF System, or show cause by written affidavit why they cannot comply with the rules of the court.

**DATED March 13, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**