# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CAPITAL TRADING CO., on Behalf of Itself and All Others Similarly Situated, | : |
| | : |
| Plaintiff, | : |
| | : |
| | : |
| | : CASE NO. 8:07-cv-00061-FG3 |
| PHILIP S. COTTONE, ROBERT A. PECK, THOMAS D. PESCHIO, RICHARD H. SCHWACHTER, ROBERT M. AMES, JERRY D. BRINGARD, GOVERNMENT PROPERTIES TRUST, INC., AND RECORD REALTY (U.S.) L.L.C., | : |
| | : |
| Defendants. | : |

## ORDER

Plaintiff and all defendants who have been served with the Complaint have jointly moved the Court to remand this action to the Fourth District of Douglas County, Nebraska (the "Nebraska State Court"). Based upon the arguments of counsel, records, filings and proceedings herein,

**IT IS ORDERED** that the parties' Joint Motion [21] is granted, and this action is hereby remanded to the District Court for Douglas County, Nebraska for all purposes, with each party bearing its own costs and attorneys' fees.

**DATED March 14, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**