**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OFFICE OF THE CLERK**
www.ned.uscourts.gov

Denise M. Lucks
Clerk of Court

M. Therese Bollerup
Chief Deputy Clerk

March 14, 2007

DOUGLAS COUNTY DISTRICT COURT
1819 Farnam Street
Suite 300
Omaha, NE 68183

Re:   USDC-NE 8:07CV61
      Captial Trading Co., vs. Philip s. Cottone, et al

Dear Clerk:

By order of Magistrate Judge Gossett entered on March 14, 2007, the above-referenced case is remanded to the Fourth District Court of Douglas County, Nebraska. Enclosed are a certified copy of the order of remand and a certified copy of the docket sheet.

Please acknowledge receipt of this case at the bottom of this letter as indicated and return it to the Omaha office.

Sincerely,

DENISE M. LUCKS, Clerk

By: s. Judy Eicher
Deputy Clerk

RECEIVED

 19 2007

CLERK
U.S. DISTRICT COURT
OMAHA

Enclosures

cc:   Counsel of Record (w/out encls.)

JOHN M. F

The above-referenced case was received by the Fourth District Court of Douglas County Nebraska on __MAR 16 2007__ by ___MAR 16 2007_____.
      Date                    Signature
Receiving Court's Assigned Case No: _1067  851_

03/14/07                                                           proc\forms\rmdltr.wpd

111 South 18th Plaza, Suite 1152                100 Centennial Mall North, Room 593
Omaha, NE 68102-1322                            Lincoln, NE 68508-3803
(402) 661-7350                                  (402) 437-5225
Fax: (402) 661-7387                             Fax: (402) 437-5651
Toll Free: (866) 220-4381                       Toll Free: (866) 220-4379